## Sivak Estate.

Argued March 23, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Paul N. Barna,* for appellant.

*William L. Jacob,* with him *C. W. Sypniewski,* for appellee.

PER CURIAM, April 22, 1948:

The facts and the questions raised are stated and disposed of in the opinion of the Superior Court: *Sivak Estate,* 161 Pa. Superior Ct. 323, 53 A. 2d 858. We allowed an appeal on the petition of Julia Suvak, appellant at No. 79, and now affirm the order appealed from on the opinion of the Superior Court; costs of this appeal to be equally divided between Julia Suvak and Michael Sivack, Jr.